ERNEST RIDDELL, Respondent, *v.* MARTIN L. RIZZO, Appellant.

Submitted May 31, 1938; decided July 7, 1938.

*M. Emanuel Balt* for appellant.

*Sol A. Klein* and *Harry Gittleson* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.